1  BAMBO OBARO (Bar No. 267683)
   bambo.obaro@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway, 6th Floor
3  Redwood Shores, CA 94065-1134
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5
6  Attorneys for Defendant META PLATFORMS TECHNOLOGIES, LLC, CHRIS PRUETT, ANAND
   DASS, and CHRIS PAPALEO
7
   AARON WAINSCOAT (Bar No. 218339)
8  aaron.wainscoat@aloyoga.com
   ALO, LLC – LEGAL DEPT.
9  9830 Wilshire Blvd.
   Beverly Hill, CA 90212
10 Telephone: (323) 510-1887

11 Attorneys for Defendants ALO, LLC, SAVIO THATTIL, and NATASHA TRINDALL

12 JOSEPH PRENCIPE (Bar No. 302787)
   joe@optimistlegal.com
13 OPTIMIST LEGAL PC
   2219 Main Street #325
14 Santa Monica, CA 90405
   Telephone: (310) 728-9994
15

16 Attorneys for Plaintiff ANDRE ELIJAH IMMERSIVE, INC.

17 (Additional Counsel Listed on Signature Page)

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  ANDRE ELIJAH IMMERSIVE INC., a California corporation, | Case No. 3:23-cv-5159 |
| 22 | |
| 23        Plaintiff, | **STIPULATION TO SET BRIEFING SCHEDULE PURSUANT TO L.R. 6.1** |
| 24  v. | Dept.: Courtroom 15 – 18th Floor |
| 25  META PLATFORMS TECHNOLOGIES, LLC, f/k/a Facebook Technologies, LLC, a | Judge: Honorable Rita F. Lin |
| 26  Delaware limited liability company; CHRIS PRUETT, an individual; | |
| 27  MARK ZUCKERBERG, an individual; ANAND DASS, an individual; | |
| 28  CHRIS PAPALEO, an individual; ALO LLC, a California limited liability | |

| | |
|---|---|
| 1 | company; SAVIO THATTIL, an individual; NATASHA TRINDALL, an individual; ROBOT INVADER, INC., a Delaware corporation; and DOES 1-20, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The undersigned counsel for Andre Elijah Immersive Inc. ("Plaintiff"), Meta Platforms Technologies, LLC ("Meta"), Chris Pruett, Anand Dass, Alo, LLC, Savio Thattil, and Natasha Trindall ("Defendants" and together with Plaintiff, the "Parties") in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a), as follows:

WHEREAS Plaintiff filed a complaint in the above-captioned case on October 10, 2023;

WHEREAS Plaintiff intends to file an amended complaint in the above-captioned case;

WHEREAS the Parties conferred and agreed to stipulate that Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, LLC, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. do not need to respond to the initial complaint in light of Plaintiff's intent to file an amended complaint and that the deadline for Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, LLC, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. to answer, move, or otherwise respond to the amended complaint shall be sixty (60) days after service of such amended complaint;

WHEREAS in light of the extension, if the Court is amendable, it would be most efficient to have the Case Management Conference scheduled after the Parties have filed all responsive pleadings or motions on the amended complaint, and any responses thereto, and had discussions if any regarding settlement, and therefore the Parties agree to reschedule the Case Management Conference currently scheduled for March 6, 2024 to May 6, 2024 or whatever date is convenient for the Court;

WHEREAS this Stipulation does not constitute a waiver by Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, LLC, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS this Stipulation does not alter the date of any event or any deadline already fixed by Court order.

PURSUANT TO LOCAL RULE 6-1(a), THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. In light of Plaintiff's intent to file an amended complaint, Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, LLC, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. do not need to file a response to the initial complaint;

1  2. The deadline for Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, LLC, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. to answer, move, or otherwise respond to the amended complaint shall be sixty (60) days after service of such amended complaint;

3. This Stipulation does not constitute a waiver by Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, LLC, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

4. This Stipulation does not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: January 17, 2024   Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ Bambo Obaro
   BAMBO OBARO

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
AMY TU QUYEN LE (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

CHANTALE FIEBIG (*pro hac vice* forthcoming)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7200
Facsimile: (202) 857-0940

Attorneys for Defendant META PLATFORMS TECHNOLOGIES, LLC, CHRIS PRUETT, ANAND DASS, and CHRIS PAPALEO

| | | |
|---|---|---|
| 1 | Dated: January 17, 2024 | Respectfully submitted, |
| 2 | | ALO, LLC |
| 3 | | |
| 4 | | By: <u>*/s/ Aaron Wainscoat*</u><br>       AARON WAINSCOAT |
| 5 | | AARON WAINSCOAT (Bar No. 218339)<br>aaron.wainscoat@aloyoga.com |
| 6 | | ALO, LLC – LEGAL DEPT.<br>9830 Wilshire Blvd. |
| 7 | | Beverly Hill, CA 90212<br>Telephone: (323) 510-1887 |
| 8 | | |
| 9 | | Attorneys for Defendant ALO, LLC, SAVIO THATTIL, and NATASHA TRINDALL |
| 10 | | |
| 11 | Dated: January 17, 2024 | Respectfully submitted, |
| 12 | | OPTIMIST LEGAL PC |
| 13 | | By: <u>*/s/ Joseph Prencipe*</u><br>       JOSEPH PRENCIPE |
| 14 | | |
| 15 | | JOSEPH PRENCIPE (Bar No. 302787)<br>joe@optimistlegal.com |
| 16 | | OPTIMIST LEGAL PC<br>2219 Main Street #325 |
| 17 | | Santa Monica, CA 90405<br>Telephone: (310) 728-9994 |
| 18 | | Attorneys for Plaintiff ANDRE ELIJAH IMMERSIVE INC. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Bambo Obaro, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Joseph Prencipe and Aaron Wainscoat concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: January 17, 2024                        /s/ Bambo Obaro
                                               BAMBO OBARO