Joseph N. Prencipe (302787)
Prencipe Brokerage & Law Offices
2219 Main Street, #325
Santa Monica, CA 99205
(310) 728-9994
joe@prencipe.com

Attorney for Plaintiff ANDRE ELIJAH IMMERSIVE INC.

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorney for Defendant META PLATFORMS TECHNOLOGIES, LLC

[*Other counsel appears on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE ELIJAH IMMERSIVE INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>META PLATFORMS TECHNOLOGIES, LLC et al.,<br><br>                Defendants. | Case No.: 3:23-cv-05159-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>**[Civil Local Rule 6-2]**<br><br>Judge: The Honorable Judge Rita F. Lin |

The undersigned counsel for Andre Elijah Immersive Inc. ("Plaintiff"), and Defendants Meta Platforms Technologies, LLC and Alo LLC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree, pursuant to Local Rule 6-2, to reschedule the May 6, 2024, Case Management Conference, subject to the approval of the Court.

WHEREAS Plaintiff filed a complaint in the above-captioned case on October 10, 2023;

WHEREAS the Parties conferred and agreed to stipulate that Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. do not need to respond to the initial complaint in light of Plaintiff's intent to file an amended complaint and that the deadline for Meta, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Alo, Savio Thattil, Natasha Trindall, and Robot Invader, Inc. to answer, move, or otherwise respond to the amended complaint shall be sixty (60) days after service of such amended complaint;

WHEREAS it would be most efficient to have the Case Management Conference scheduled after the Parties have filed all responsive pleadings or motions on the amended complaint, and any responses thereto;

WHEREAS the Parties have ongoing discussions regarding settlement, and had already conferred and agreed to reschedule the Case Management Conference initially scheduled for March 6, 2024, to May 8, 2024;

WHEREAS the Parties propose to reschedule the Case Management Conference to June 5, 2024;

WHEREAS the Parties have previously stipulated to one time modification in this case (ECF No. 17) on January 17, 2024; and

WHEREAS, other than described above, the requested extension will not affect the schedule for the case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED. Pursuant to Local Rule 6-2, that:

1. The Initial Case Management Conference currently scheduled on May 8, 2024, is rescheduled to June 5, 2024.

DATED: April 30, 2024

Prencipe Brokerage & Law Offices

*/s/Joseph N. Prencipe*
JOSEPH N. PRENCIPE

2219 Main Street, #325
Santa Monica, CA 99205
(310) 728-9994
joe@prencipe.com
*Attorney for Plaintiff*

DATED: April 30, 2024

Weil, Gotshal & Manges LLP

*/s/ Bambo Obaro*
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
bamboo.obaro@weil.com
*Attorney for Defendant*

DATED: April 30, 2024

ALO, LLC

*/s/ Aaron Wainscoat*
AARON WAINSCOAT

AARON WAINSCOAT (218339)
aaron.wainscoat@aloyoga.com
ALO, LLC – LEGAL DEPT.
9830 Wilshire Blvd.
Beverly Hill, CA 90212
Telephone: (323) 510-1887

Attorneys for Defendant ALO, LLC, SAVIO THATTIL, and NATASHA TRINDALL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Hon. Rita F. Lin
United States District Judge

CERTIFICATE OF SERVICE

I certify that on the 30th day of April, 2024, I cause a true and correct copy of the foregoing to be served by operation of the electronic filing system of the U.S. District Court for the Northern District of California upon all counsel who have consented to receive notice of filings in the matter styled *Andre Elijah Immersive Inc. v. Meta Platforms Technologies, LLC et al.*, Case No. 3:23-cv-05159-RFL.

*/s/Joseph N. Prencipe*
JOSEPH N. PRENCIPE