Joseph N. Prencipe (302787)
PRENCIPE BROKERAGE & LAW OFFICES
2219 Main Street, #325
Santa Monica, CA 99205
(310) 728-9994
joe@prencipe.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE ELIJAH IMMERSIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS TECHNOLOGIES, LLC et al., <br><br> Defendants. | Case No.: 3:23-cv-05159-RFL <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)** <br><br> Judge: The Honorable Judge Rita F. Lin <br><br> Action Filed: October 10, 2023 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Andre Elijah Immersive Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Meta Platforms Technologies, LLC, Alo LLC, Chris Pruett, Mark Zuckerberg, Anand Dass, Chris Papaleo, Savio Thattil, Natasha Trindall, and Robot Invader, Inc.

DATED: May 29, 2024

PRENCIPE BROKERAGE & LAW OFFICES

　　　　/s/ Joseph N. Prencipe
　　　　JOSEPH N. PRENCIPE

2219 Main Street, #325
Santa Monica, CA 99205
(310) 728-9994
joe@prencipe.com

*Attorney for Plaintiff*

1

*Notice of Voluntary Dismissal Pursuant to*
*Fed. R. Civ. P. 41(a)(1)(A)(i)*
Case No.: 3:23-cv-05159-RFL

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of May 2024, I caused a true and correct copy of the foregoing to be served by operation of the electronic filing system of the U.S. District Court for the Northern District of California.

/s/ Joseph N. Prencipe
JOSEPH N. PRENCIPE

1

*Notice of Voluntary Dismissal Pursuant to*
*Fed. R. Civ. P. 41(a)(1)(A)(i)*
Case No.: 3:23-cv-05159-RFL